**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CYNTHIA GRAY**                                                                                **PLAINTIFF**

**v.**                                **3:05CV00065-WRW**

**THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA**                                                  **DEFENDANT**

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 5th day of September, 2006.

                                            /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE